Date of Arrest: **10/18**

# United States District Court
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> Vs. <br><br> Alfonso PORTILLO-Gonzalez <br> AKA: None Known <br> 077736376 <br> YOB: 1980 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. *16 - 1838 MJ* <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 18, 2016 Defendant Alfonso PORTILLO-Gonzalez, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about September 30, 2003. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed AUSA John Ballos*

*USBP*

Signature of Complainant
Daniel Chavez
Border Patrol Agent

Sworn to before me and subscribed in my presence,

October 20, 2016    at    Yuma, Arizona
Date                          City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Alfonso PORTILLO-Gonzalez
AKA: None Known
077736376

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 18, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Paso, Texas on or about March 3, 2000. The Defendant was most recently removed on or about September 30, 2003, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of Colorado, County of Denver, on or about August 30, 2002, for the crime of Illegal Discharge of a Firearm, a felony.

Agents determined that on or about October 18, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

_____October 20, 2016_____
Date

Signature of Judicial Officer